FILED 12 MAY '15 16:23 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:15-po-002-SU |
| v. | **INFORMATION** |
| JARED JACK SALISBURY, | 50 CFR § 26.21(a) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES

**COUNT 1**
(Trespassing on a National Wildlife Refuge)
(50 CFR § 26.21(a))

On or about November 27, 2014, in the District of Oregon, **JARED JACK SALISBURY**, defendant herein, did knowingly trespass on a national wildlife refuge, to wit the Umatilla National Wildlife Refuge in violation of Title 50, Code of Federal Regulations, Section 26.21(a).

Dated this 12th day of May 2015.

S. AMANDA MARSHALL
United States Attorney

RYAN BOUNDS, OSB # 00012
Assistant United States Attorney